FILED
June 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:15-mj-00121-EFB
        Plaintiff,                   )
v.                                   )
                                     )   ORDER FOR RELEASE OF
KIMBERLY SANTIAGO ROBINSON,          )   PERSON IN CUSTODY
                                     )
_____  )
        Defendant.

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, KIMBERLY SANTIAGO ROBINSON, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___     Release on Personal Recognizance

_X_     Bail Posted in the Sum of: $150,000.00

        _X_     Co-Signed Unsecured Appearance Bond ($50,000.00)

        _X_     Secured Appearance Bond ($100,000.00)

        _X_     (Other) Conditions as stated on the record.

        _X_     (Other) The secured bond paperwork to be filed by 6/12/2015. The defendant was further ordered to appear on June 24, 2015 at 1:30 p.m. in the District of Nebraska.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/2/2015  at  2:33 p.m.

By _____
    Edmund F. Brennan
    United States Magistrate Judge