1 | Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2 | 2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
3 | Phone: (877) 377-8070
Fax: (916) 244-9889
4 | Email: dustin@ddjlaw.biz

5

6 | Attorney for Kimberley Santiago Robinson

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9 | United States of America,
~~THE PEOPLE OF THE STATE~~
10 | ~~OF CALIFORNIA~~,                         Case No.  2:15-mj-00121-EFB-3

11 |            Plaintiffs,                    [~~PROPOSED~~] ORDER

12 |     vs.

13 | Schaeffer, et. al.

14 |            Defendant.

15

16 |     IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Kimberley

17 | Santiago Robinson are modified in the following manner:

18 |     #12.   You shall not associate or have any contact with co-defendants, with the exception of

19 |            Brian Robinson, unless in the presence of counsel or otherwise approved in advance by

20 |            the pretrial services officer.

21

22 | Dated: __June 12____, 2015

_____
EDMUND F. BRENNAN
23 | United States Magistrate Judge